An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN HENDERSON, II,
Appellant,
vs.
AMY HENDERSON,
Respondent.

No. 62764

**FILED**

MAY 2 0 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

When this pro se appeal was docketed, this court gave appellant 40 days to file and serve his civil appeal statement. Appellant's civil appeal statement was due in this court by May 1, 2013. To date, appellant has failed to file his civil appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:  Hon. Vincent Ochoa, District Judge
     Steven Henderson, II
     Amy Henderson
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14746